### EDDY *v.* EDDY ET AL.

From the Lake Circuit Court.

*Field & Barnard, Osborn & Calkins,* and *Griffin & Youche,* for appellant.

*Wood & Wood,* for appellees.

PER CURIAM.—There is no assignment of errors in this case. The appeal therefore must be dismissed.

The appeal is dismissed, with costs.

OSBORN, J., was absent.